### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

THOMAS YOUNK

     Plaintiff,

v.                                        CASE NO.: 8:18-cv-01317-MSS-AAS

DISCOVER FINANCIAL SERVICES,

     Defendant.

---

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Thomas Younk and Defendant Discover Financial Services, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on December 11, 2018.

| | |
|---|---|
| */s/ Geoffrey E. Parmer* | */s/ David A. Elliott* |
| Geoffrey E. Parmer, Esquire | David A. Elliott, Esq. |
| Florida Bar No. 0989258 | Florida Bar No.: 0094237 |
| William "Billy" Peerce Howard, Esquire | Burr & Forman LLP |
| Florida Bar No. 0103330 | 420 N. 20t Street, Ste. 3400 |
| THE CONSUMER PROTECTION FIRM | Birmingham, AL  32503 |
| 4030 Henderson Blvd | Tel: (205) 458-5324 |
| Tampa, FL 33629 | delliott@burr.com |
| Telephone: (813) 500-1500 | cwingate@burr.com |
| Facsimile: (813) 435-2369 | *Attorney for Defendant* |
| Geoff@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorney for Plaintiff* | |